NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALBERTO JOSE                    )
GONALEZ-VELAZQUEZ,              )
                                )
        Appellant,              )
                                )
v.                              )        Case No. 2D18-1044
                                )
STATE OF FLORIDA,               )
                                )
        Appellee.               )
_____)

Opinion filed September 27, 2019.

Appeal from the Circuit Court for
Hillsborough County; Laura E. Ward,
Judge.

Howard L. Dimmig, II, Public
Defender, and Timothy J. Ferreri,
Assistant Public Defender, Bartow, for
Appellant.


PER CURIAM.


        Affirmed.


CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.